UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA ROLLER,

       Plaintiff,                        Civil Action No.
                                            12-CV-11236

vs.

                                            HON. MARK A. GOLDSMITH

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

       Defendants.
_____/

## ORDER FOR FACILITATION

Pursuant to Federal Rule of Civil Procedure 16(c)(2)(P), the Court refers this matter for facilitation in accordance with the following provisions:

1. The facilitation shall be conducted by the following neutral facilitator:[1]

   Richard Hurford
   Dispute Resolution Services P.C.
   100 West Big Beaver Road, Suite 200
   Troy, MI 48084
   248-680-6648

2. The purpose of the conference is to attempt to resolve the litigation in a prompt, efficient, and fair manner.

3. The conference shall take place **by August 15, 2013**, at a date, time, and location that is mutually convenient to counsel and the facilitator. If the litigation cannot be resolved at the conference, the facilitator may convene additional sessions, by phone or in person.

4. The facilitator shall be compensated at a rate of $150 per hour; however, total fees assessed in connection with this matter may not exceed $1,000.

5. Within two days of today's date, counsel shall contact the facilitator to discuss a mutually convenient date, time, and location for the conference, and such other issues as the participants may wish to address.

---

[1] The Court previously designated another individual to serve as the facilitator in this case; however, that individual could not serve.

6. In addition to counsel, individuals with full and final settlement authority must be physically present at the conference. Participation by telephone is not permitted, unless permitted by the facilitator.

7. Seven days prior to the scheduled conference, or at such other time as the facilitator may direct, counsel for each party shall submit written statements, not to exceed five pages in length, to each other and to the facilitator, setting forth: (i) that party's position on the disputed and undisputed issues involved in this case and that party's view on how those issues should be resolved; (ii) a summary of the substance of any settlement discussions that have taken place to date; (iii) proposed action for resolving this case; and (iv) any perceived obstacles to full and final resolution of this case. These statements shall not be filed on the Court's docket or otherwise disclosed to the Court.

8. The facilitator shall apprise the Court of the progress of settlement efforts through use of SCAO Form MC 280 ("Mediation Status Report"), which can be found here: http://courts.michigan.gov/Administration/SCAO/Forms/courtforms/alternativedisputeresolution/mc280.pdf

9. Until further order of the Court, the parties shall not serve discovery, responses to discovery, or disclosures, and shall not file any motions, responses to motions already filed, or responsive pleadings. Any upcoming court hearings or conferences are adjourned until further notice.

SO ORDERED.

Dated: August 5, 2013                               s/Mark A. Goldsmith
Flint, Michigan                                      MARK A. GOLDSMITH
                                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 5, 2013.

                                                     s/Deborah J. Goltz
                                                     DEBORAH J. GOLTZ
                                                     Case Manager